The Full Commission has reviewed the prior Order of Dismissal by Deputy Commissioner Margaret Morgan, as well as the Order of Deputy Commissioner Lorrie L. Dollar, filed 21 June 1994. After reviewing the procedural history of this case, the Full Commission has determined that both of the Orders in question were improvidently filed. Therefore, the Full Commission hereby VACATES the 27 January 1998 Order by Deputy Commissioner Morgan and the 21 June 1994 Order by Deputy Commissioner Dollar and ORDERS that this matter be REMANDED to the appropriate region for a full evidentiary hearing.
 S/ ________________________ CHRISTOPHER SCOTT COMMISSIONER
CONCURRING:
S/ ______________________ DIANNE C. SELLERS COMMISSIONER
S/ ______________________ THOMAS J. BOLCH COMMISSIONER